1  Cori E. Flanders-Palmer (WSBA #34893)
   Chicoine & Hallett, P.S.
2  719 Second Avenue, Suite 425
   Seattle, WA 98104
3  Telephone: 206-223-0800
   Facsimile: 206-312-3100
4  E-Mail: Cflanders@c-hlaw.com

5  Edward M. Robbins, Jr. (CSBA #82696)
   Hochman, Salkin, Rettig, Toscher & Perez, P.C.
6  9150 Wilshire Blvd., Suite 500
   Beverly Hills, CA 90212
7  Telephone: 310-281-3200
   Facsimile: 310-859-1430
8  EdR@taxlitigator.com

9

10                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
11
   JOSEPH R. FRANCIS,                    CV09-8521 CBM (RZx)
12
           Plaintiff,                    Case No.
13
   v.                                    COMPLAINT
14
   UNITED STATES,
15
           Defendant.
16

17

18     Plaintiff, Joseph R. Francis, avers as follows:

19                    PRELIMINARY STATEMENT

20     1.  Plaintiff recently pled guilty to two misdemeanor counts of filing false returns by

21  omitting certain interest income in the amount of approximately $560,000.  Defendant, the

22  Internal Revenue Service, obtained pleadings from the criminal case and attempted to re-

23  determine Plaintiff's tax liabilities based on what it thought amounted to erroneous deductions

24  on Plaintiff's 2001, 2002 and 2003 federal income tax returns that were filed.

25
26     2.  Defendant determined Plaintiff's tax deficiency was in excess of $30 million, and

   issued a jeopardy assessment pursuant to sections 6861 and 7429 of the Internal Revenue

CHICOINE & HALLETT, P.S.
719 Second Avenue, Suite 425
Seattle, WA 98104
(206) 223-0800   Fax (206) 467-8170

Code of 1986 ("Code")[1]. Defendant further issued Notices of Levy on bank accounts at UBS and Morgan Stanley. The bank levies froze all assets encompassed by the levy. Pursuant to section 6331(a) of the Code, in the case of a jeopardy assessment, Notice and Demand for payment must be made and the taxpayer must refuse or fail to pay prior to the issuance of any levy.

3. Defendant issued the levy prior to delivering the Notice and Demand for payment, thereby invalidating the levy. Defendant has refused to release the levy. Such levy is preventing Plaintiff from operating his business and may force him into bankruptcy causing undue hardship and irreparable harm.

<u>JURISDICTION AND VENUE</u>

4. This is a civil action seeking injunctive relief from the issuance of an illegal levy which violates the provisions of 26 U.S.C. §§ 6331(a) and 6861, and *Enochs v. Williams Packing & Navigation*, 370 U.S. 1 (1962).

5. Jurisdiction over this action is conferred upon this Court by 26 U.S.C. §§ 7421, 6213, 6861 and 6331 and 28 U.S.C. §1340.

6. Venue is proper in this Court under 28 U.S.C. §§ 1391(e) and 1402 for the reasons that a substantial part of the events giving rise to Plaintiff's claim occurred in the judicial district of the Central District of California and that the Plaintiff resides in California.

---

[1] Codified at Title 26 to the United States Code.

COMPLAINT - 2

CHICOINE & HALLETT, P.S.
719 SECOND AVENUE, SUITE 425
SEATTLE, WA 98104
(206) 223-0800   FAX (206) 467-8170

THE PARTIES

7.  Plaintiff is an individual who resides in Bel Air, California and is the Chief Operating Executive for Mantra Films, Inc.

8.  Defendant is the United States of America.

FACTS

9.   On November 6, 2009 at 8:40 am PST Defendant issued a Notice of Levy on UBS. The levy froze all assets in the affected accounts.

10.  On November 6, 2009 at approximately 12:08 pm PST Defendant issued a Notice of Levy on Morgan Stanley. The levy froze all assets in the affected accounts.

11.  Plaintiff was served with a Notice of Jeopardy Assessment for the tax years 2001, 2002 and 2003 of approximately $34 million on November 6, 2009 at 12:18 pm PST. Defendant simultaneously served a Notice of Tax Due for the tax years 2001, 2002 and 2003 (Collectively "Notice and Demand").

LAW

**A.  The IRS Failed To Follow Statutory Procedures; Thus The Levy Is Invalid**

12.  The IRS issued a jeopardy assessment under § 6861 of the Code which allows the IRS to immediately assess a tax deficiency if the "Secretary believes that the assessment or collection . . . will be jeopardized by delay." The IRS must also give notice and make a demand for payment. 26 U.S.C. § 6861.

13.  Prior to providing notice of the IRS jeopardy assessment of approximately $34 million in additional tax, penalty and interest under the jeopardy assessment procedures, the IRS

CHRISTINE & HALLETT, P.S.
719 SECOND AVENUE, SUITE 425
SEATTLE, WA 98104
(206) 223-0800    FAX (206) 467-8170

issued a levy pursuant to 26 USC § 6331 in an attempt to collect on the assessment.  Section 6331 of the Code provides:

> If the Secretary makes a finding that the collection of such tax is in jeopardy, notice and demand for immediate payment of such tax may be made by the Secretary and, upon failure or refusal to pay such tax, collection thereof by levy shall be lawful.

14. It is explicit in this section that "prior to levy and seizure by the Internal Revenue Service, taxpayers are to be given a period of time after Notice and Demand in which to either refuse or neglect to pay the taxes assessed and demanded by the Internal Revenue Service, pursuant to a Jeopardy Assessment under Title 26, United States Code, Section 6861." *Clayton v. Comm'r*, 43 AFTR 2d 79-465, 79-466 (M.D. Fl. 1978).

15. The levy was issued before the Notice and Demand was received by the taxpayer. Accordingly, the levy is invalid pursuant to section 6331(a) of the Code.

16. Plaintiff was deprived of his statutory rights and had no opportunity whatsoever to "fail or refuse to pay" because the levy was issued at least three hours before Plaintiff ever received the Notice and Demand for payment.

## B. The Taxpayer Is Entitled To An Injunction Under *L.O.C. Industries v. U.S. and Enochs v. Williams Packing Co.*

17. In *L.O.C. Industries, Inc. v. United States*, 423 F. Supp. 265, 38 AFTR 2d 76-5494 (M.D. Tenn. 1976), when the IRS has issued a levy before it served notice upon the taxpayer, the levy was held invalid and an injunction was issued.  Moreover, under these circumstances, the Anti-Injunction Act does not bar the taxpayer's requested relief and thus the taxpayer is not required to show irreparable harm or that an adequate remedy at law does not exist.  *L.O.C. Industries*, 38 AFTR 2d at 5501-02.

CHICOINE & HALLETT, P.S.
719 SECOND AVENUE, SUITE 425
SEATTLE, WA 98104
(206) 223-0800    FAX (206) 467-8170

18.   Alternatively, Plaintiff is entitled to an injunction because he meets the standards set

forth in *Enochs v. Williams Packing Co.*, 370 U.S. 1, 7 (1962) where the Court held that an

injunction may be obtained against the collection of any tax if: (1) it is "clear that under no

circumstances could the government ultimately prevail" and (2) "equity jurisdiction"

otherwise exists, i.e., the taxpayer shows that he would otherwise suffer irreparable injury. *Id.*

at 7.

<u>RELIEF REQUESTED</u>

19.  Plaintiff requests a temporary restraining order that Defendant immediately cease and

refrain from directly or indirectly obtaining funds from illegally issued levies; and

20.  Plaintiff requests an injunction ordering Defendant to release funds subject to the

illegally issued levies.

Dated:  November 18, 2009.

Cori Flanders-Palmer, WSBA# 34893
Attorney for Joseph Francis
719 Second Avenue, Suite 425
Seattle, WA  98104
Telephone:  (206) 223-0800
Facsimile: (206) 467-8170
Email:  cflanders@c-hlaw.com

Edward M. Robbins, Jr.
Hochman, Salkin, Rettig, Toscher & Perez, P.C.
9150 Wilshire Blvd., Suite 500
Beverly Hills, CA  90212
Telephone: 310-281-3200
Facsimile:  310-859-1430

CHICOINE & HALLETT, P.S.
719 SECOND AVENUE, SUITE 425
SEATTLE, WA 98104
(206) 223-0800  FAX (206) 467-8170

Name & Address:
Cori E. Flanders-Palmer (WSBA #34893)
Chicoine & Hallett, P.S.
719 Second Avenue, Suite 425
Seattle, WA 98104

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Joseph R. Francis

PLAINTIFF(S)

v.

United States

DEFENDANT(S).

CASE NUMBER

CV09-8521 CBM (RZx)

**SUMMONS**

TO:    DEFENDANT(S): United States of America

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Cori E. Flanders-Palmer chicone9_, whose address is _Halletts 719 Second Avenue, Suite 425 Seattle Wa 98104_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __1 9 NOV 2009__

By: _____
                    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Joseph R. Francis | United States of America |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide name.) | Attorneys (If Known) |
|---|---|
| Edward M. Robbins, Jr. Hochman, Salkin, Rettig, Toscher & Perez, P.C. 9150 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212 | |

## II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT.  JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
26 U.S.C., Section 6331(a); invalid jeopardy levy

## VII. NATURE OF SUIT (Place an X in one box only.)

OTHER STATUTES, CONTRACT, TORTS PERSONAL INJURY, TORTS PERSONAL PROPERTY, PRISONER PETITIONS, LABOR, SOCIAL SECURITY — ☒ 870 Taxes (U.S. Plaintiff or Defendant) FEDERAL TAX SUITS

CV09-8521

FOR OFFICE USE ONLY:  Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☑  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | District of Columbia |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date November 17, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |